1 Sara B. Brody (SBN 130222)
sbrody@sidley.com
2 SIDLEY AUSTIN LLP
555 California Street, Suite 2000
3 San Francisco, CA 94104
Telephone: 415-772-1279
4
Matthew J. Dolan (SBN 291150)
5 mdolan@sidley.com
SIDLEY AUSTIN LLP
6 1001 Page Mill Road, Building 1
Palo Alto, CA 94304
7 Telephone: 650-565-7106

8 *Attorneys for Defendants*
Bloom Energy Corporation, KR Sridhar, Randy
9 Furr, L. John Doerr, Scott Sandell, Eddy
Zervigon, Colin L. Powell, Peter Teti, Mary K.
10 Bush, and Kelly A. Ayotte

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOOM ENERGY CORPORATION, et al.,<br><br>Defendants. | Case No. 3:19-cv-02935-WHO<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR LEAD PLAINTIFF'S CONFIDENTIALITY MOTION**<br><br>Assigned to: Honorable William H. Orrick |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to Civil Local Rule 7-12, this stipulation and proposed order is submitted by |
| 3 | • Lead Plaintiff James Everett Hunt (Lead Plaintiff), and |
| 4 | • Defendants Bloom Energy Corporation, KR Sridhar, Randy Furr, L. John Doerr, |
| 5 | Colin L. Powell, Scott Sandell Peter Teti, Eddy Zervigon, Mary K. Bush, Kelly A. |
| 6 | Ayotte (Defendants). |
| 7 | **WHEREAS:** |
| 8 | 1. On May 28, 2019, Elissa M. Roberts filed a federal securities class action in the above- |
| 9 | captioned matter in the United States District Court, Northern District of California against |
| 10 | defendants Bloom Energy Corporation, KR Sridhar, Randy Furr, L. John Doerr, Scott Sandell, Eddy |
| 11 | Zervigon, Colin L. Powell, Peter Teti, Mary K. Bush and Kelly A. Ayotte. |
| 12 | 2. On September 3, 2019, following the briefing of lead plaintiff motions, this Court appointed |
| 13 | James Everett Hunt as Lead Plaintiff and Levi & Korsinsky, LLP as Lead Counsel (ECF No. 39). |
| 14 | 3. On November 1, 2019, Lead Plaintiff filed a Motion to Limit Scope of Confidentiality |
| 15 | Agreement (the Confidentiality Motion). |
| 16 | 4. Defendants' deadline to oppose the Confidentiality Motion is November 15, 2019. |
| 17 | 5. Lead Plaintiff's deadline to submit a reply in support of the Confidentiality Motion is |
| 18 | November 22, 2019. |
| 19 | 6. The Confidentiality Motion is set for oral argument before this Court on December 11, 2019. |
| 20 | 7. Counsel for Defendants cannot be present for oral argument before this Court on December |
| 21 | 11, 2019, due to a pre-existing obligation to represent a witness in an SEC deposition in an unrelated |
| 22 | matter scheduled for that date. |
| 23 | 8. Lead Plaintiff and Defendants have agreed to re-set the oral argument before this Court for |
| 24 | December 18, 2019. |
| 25 | 9. Lead Plaintiff and Defendants have also agreed to a short extension of the briefing schedule |
| 26 | on the Confidentiality Motion, such that Defendants' opposition would be due November 21, 2019 |

1

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR LEAD PLAINTIFF'S
CONFIDENTIALITY MOTION
CASE NO. 3:19-CV-02935

and Lead Plaintiff's reply would be due December 4, 2019.  This schedule ensures that briefing will be complete two full weeks before the December 18, 2019 oral argument, as contemplated by Local Rules 7.2 and 7.3.

**IT IS THEREFORE STIPULATED AND AGREED** by Lead Plaintiff and Defendants that, subject to the Court's approval, the following schedule is adopted for the briefing of and oral argument on the Confidentiality Motion:

1. Defendants shall submit their opposition to the Confidentiality Motion by November 21, 2019.
2. Plaintiff shall submit his reply in support of the Confidentiality Motion by December 4, 2019.
3. The Confidentiality Motion will be set for oral argument on the Court's calendar for December 18, 2019.

**IT IS SO STIPULATED.**

2

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR LEAD PLAINTIFF'S CONFIDENTIALITY MOTION
CASE NO. 3:19-CV-02935

Date: November 12, 2019         By: */s/ Adam C. McCall*
                                Adam C. McCall (SBN 302130)
                                Adam M. Apton (SBN 316506)
                                Email: amccall@zlk.com
                                Email: aapton@zlk.com
                                LEVI & KORSINSKY, LLP
                                44 Montgomery Street, Suite 650
                                San Francisco, CA 94104
                                Telephone: 415-373-1671

                                *Attorneys for Lead Plaintiff*


Date: November 12, 2019         By: */s/ Sara B. Brody*
                                Sara B. Brody (SBN 130222)
                                sbrody@sidley.com
                                555 California Street, Suite 2000
                                San Francisco, CA 94104
                                Telephone: 415-772-1279

                                Matthew J. Dolan (SBN 291150)
                                mdolan@sidley.com
                                SIDLEY AUSTIN LLP
                                1001 Page Mill Road, Building 1
                                Palo Alto, CA 94304
                                Telephone: 650-565-7106

                                *Attorneys for Defendants*

3

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR LEAD PLAINTIFF'S
CONFIDENTIALITY MOTION
CASE NO. 3:19-CV-02935

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Continuing Case Management Conference in compliance with Civil Local Rule 5-1(i)(3).

DATED: November 12, 2019

By: _____*/s/ Sara B. Brody*_____
Sara B. Brody (SBN 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1279

*Attorneys for Defendants*

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, IT IS SO ORDERED that:

1. Defendants shall submit their opposition to the Confidentiality Motion by November 21, 2019.
2. Plaintiff shall submit his reply in support of the Confidentiality Motion by December 4, 2019.
3. The Confidentiality Motion will be set for oral argument on the Court's calendar for December 18, 2019.

DATED: November 14, 2019

By: _____
Honorable William H. Orrick
United States District Judge

5

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR LEAD PLAINTIFF'S CONFIDENTIALITY MOTION
CASE NO. 3:19-CV-02935