**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel : 415-373-1671
Fax : 415-484-1294
aapton@zlk.com
amccall@zlk.com

*Attorneys for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOOM ENERGY CORPORATION, et al.,<br><br>Defendants. | Lead Case No. 4:19-cv-02935-HSG<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER REGARDING SCHEDULE FOR AMENDING COMPLAINT AND DEFENDANTS' RESPONSE**<br><br>Assigned to: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 7-12, the parties to this action stipulate to and respectfully request the Court to enter the schedule below regarding amendment of the current complaint and responses thereto in light of certain recent developments.

**WHEREAS:**

1. On May 28, 2019, plaintiff Elissa M. Roberts filed a federal securities class action against defendants Bloom Energy Corporation, KR Sridhar, Randy Furr, L. John Doerr, Scott Sandell, Eddy Zervigon, Colin L. Powell, Peter Teti and Mary K. Bush and Kelly A. Ayotte (collectively, the "Defendants") (ECF No. 1).

2. On September 3, 2019, following the briefing of lead plaintiff motions, the Hon. William H. Orrick appointed James Everett Hunt as Lead Plaintiff ("Plaintiff") and Levi & Korsinsky,

1 | LLP as Lead Counsel (ECF No. 39).

2 |     3. On November 4, 2019, Plaintiff filed the Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (ECF No. 49). Plaintiff's Amended Complaint alleges violations of the federal securities laws under Sections 11 and 15 of the Securities Act of 1933 and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and names, in addition to the original Defendants, the following entities as additional defendants in a claim under Section 11 of the Securities Act of 1933: J.P. Morgan Securities, LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen & Company, LLC, HSBC Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., and Robert W. Baird & Co. Incorporated (the "Underwriter Defendants").

    4. Plaintiff alleges that Defendants and the Underwriter Defendants violated the above-cited federal securities laws between July 25, 2018, the date of Bloom Energy's initial public offering, and September 16, 2019. The Class Period in the Amended Complaint is July 25, 2018 through and including September 16, 2019.

    5. Defendants and the Underwriter Defendants have not yet responded to Plaintiff's Amended Complaint. Pursuant to the parties' December 27, 2019 scheduling stipulation (Dkt. No. 101) and the Court's December 30, 2019 order granting that stipulation (Dkt. No. 102), Plaintiff is required to advise Defendants within 14 days of receiving a decision on his Motion to Limit Scope of Confidentiality Agreement (ECF No. 44) whether he will amend the Amended Complaint or stand on the current Amended Complaint. Also pursuant to the stipulation and related order, when Plaintiff so advises Defendants, this will trigger obligations on the part of Plaintiff to amend the Amended Complaint or Defendants and the Underwriter Defendants to respond to the Amended Complaint within specified periods.

    6. The Court heard argument on Plaintiff's Motion to Limit Scope of Confidentiality Agreement on February 13, 2020 and has taken the matter under submission.

    7. On February 12, 2020, Bloom Energy issued a press release providing an update on the

timing of its fourth quarter and full year 2019 earnings report and announcing that it will restate its financial statements for certain periods when it issues its Form 10-K on or before March 16, 2020.

8. Plaintiff has informed the Defendants and Underwriter Defendants that it intends to amend the Amended Complaint to include the information in Bloom Energy's Form 8-K and information to be disclosed by Bloom Energy in its March 2020 Form 10-K relating to *inter alia* Bloom Energy's restatement of financial statements.

**IT IS THEREFORE STIPULATED AND AGREED** by Plaintiff, Defendants, and the Underwriter Defendants that, subject to the Court's approval:

1. The parties' December 27, 2019 scheduling stipulation (Dkt No. 101) and the Court's December 30, 2019 order granting that stipulation (Dkt No. 102) are vacated, and Plaintiff's obligation to file a further amended complaint and the Defendants' and Underwriter Defendants' obligation to respond to any of Plaintiff's complaints are instead governed by the following provisions:

2. Plaintiff will file a Second Amended Complaint within 14 days of Bloom Energy's forthcoming annual report on Form 10-K, which is expected to be released on or before March 16, 2020;

3. Defendants and the Underwriter Defendants will either answer the Second Amended Complaint or move to dismiss 45 days after the date on which Plaintiff files the Second Amended Complaint;

4. If Defendants and the Underwriter Defendants move to dismiss the Second Amended Complaint, Plaintiff will oppose the motions 45 days after the motions are filed; and Defendants and the Underwriter Defendants will submit replies in further support of the motions 30 days after Plaintiff files his opposition.

**IT IS SO STIPULATED.**

Date: March 9, 2020        By: */s/ Adam M. Apton*
                               Adam M. Apton (SBN 316506)
                               aapton@zlk.com
                               Adam C. McCall (SBN 302130)
                               amccall@zlk.com

LEVI & KORSINSKY, LLP
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel : 415-373-1671
Fax : 415-484-1294

Nicholas I. Porritt (*admitted pro hac vice*)
nporritt@zlk.com
LEVI & KORSINSKY, LLP
1101 30th Street N.W., Suite 115
Washington, D.C. 20009

*Attorneys for Lead Plaintiff*
*and Lead Counsel for the Class*

Date: March 9, 2020                  By: */s/ Sara B. Brody*
                                     Sara B. Brody (SBN 130222)
                                     sbrody@sidley.com
                                     SIDLEY AUSTIN LLP
                                     555 California Street, Suite 2000
                                     San Francisco, CA 94104
                                     Telephone: 415-772-1279

                                     Matthew J. Dolan (SBN 291150)
                                     mdolan@sidley.com
                                     SIDLEY AUSTIN LLP
                                     1001 Page Mill Road, Building 1
                                     Palo Alto, CA 94304
                                     Telephone: 650-565-7106

                                     Robin Wechkin (*admitted pro hac vice*)
                                     rwechkin@sidley.com
                                     SIDLEY AUSTIN LLP
                                     1420 Fifth Avenue, Suite 1400
                                     Seattle, WA 98101
                                     Telephone: 415-439-1799

                                     *Attorneys for the Bloom Energy Defendants*

| | | |
|---|---|---|
| 1 | Date: March 9, 2020 | By: */s/ Carlene S. Shimada* |
| 2 | | Charlene S. Shimada |
| | | charlene.shimada@morganlewis.com |
| 3 | | Morgan Lewis & Bockius, LLP |
| | | One Market, Spear Street Tower |
| 4 | | San Francisco, California 94105 |
| 5 | | Telephone: 415-442-1475 |

*Attorneys for the Underwriter Defendants J.P. Morgan Securities, LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen & Company, LLC, HSBC Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., and Robert W. Baird & Co. Incorporated*

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, IT IS SO ORDERED that:

1. The parties' previous scheduling stipulation (Dkt. No. 101) and the Court's order granting that stipulation (Dkt. No. 102) are hereby VACATED;

2. Plaintiff will file a Second Amended Complaint within 14 days of Bloom Energy's forthcoming annual report on Form 10-K, which is expected to be released on or before March 16, 2020;

3. Defendants and the Underwriter Defendants will either answer the Second Amended Complaint or move to dismiss 45 days after the date on which Plaintiff files the Second Amended Complaint;

4. If Defendants and the Underwriter Defendants move to dismiss the Second Amended Complaint, Plaintiff will oppose the motions 45 days after the motions are filed; and Defendants and the Underwriter Defendants will submit replies in further support of the motions 30 days after Plaintiff files his opposition.

DATED: 3/10/2020　　　　　　　　　By: /s/ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge