1

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)

2

Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300

3

San Francisco, CA 94111

4

Tel : 415-373-1671
Fax : 415-484-1294

5

aapton@zlk.com
amccall@zlk.com

6

7

*Attorneys for Lead Plaintiff and the Class*

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated,

Lead Case No. 4:19-cv-02935-HSG

12

Plaintiff,

CLASS ACTION

13

vs.

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR AMENDED COMPLAINT AND DEFENDANTS' RESPONSE**

14

BLOOM ENERGY CORPORATION, et al.,

15

Defendants.

Assigned to: Hon. Haywood S. Gilliam, Jr.

16

17

18

  Pursuant to Civil Local Rule 7-12, the parties to this action stipulate to and respectfully request

19

the Court to enter the schedule below regarding amendment of the current complaint and responses

20

thereto in light of certain recent developments.

21

  **WHEREAS:**

22

  1.  On May 28, 2019, plaintiff Elissa M. Roberts filed a federal securities class action

23

against defendants Bloom Energy Corporation, KR Sridhar, Randy Furr, L. John Doerr, Scott Sandell,

24

Eddy Zervigon, Colin L. Powell, Peter Teti and Mary K. Bush and Kelly A. Ayotte (collectively, the

25

"Defendants") (ECF No. 1).

26

  2.  On September 3, 2019, following the briefing of lead plaintiff motions, the Hon.

27

William H. Orrick appointed James Everett Hunt as Lead Plaintiff ("Plaintiff") and Levi & Korsinsky,

28

1

LLP as Lead Counsel (ECF No. 39).

3.      On November 4, 2019, Plaintiff filed the Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (ECF No. 49). Plaintiff's Amended Complaint alleges violations of the federal securities laws under Sections 11 and 15 of the Securities Act of 1933 and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and names, in addition to the original Defendants, the following entities as additional defendants in a claim under Section 11 of the Securities Act of 1933: J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen & Company, LLC, HSBC Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., and Robert W. Baird & Co. Incorporated (the "Underwriter Defendants").

4.      On February 12, 2020, prior to Defendants responding to Plaintiff's Amended Complaint, Bloom Energy issued a press release providing an update on the timing of its fourth quarter and full year 2019 earnings report and announcing that it will restate its financial statements for certain periods when it issues its Form 10-K on or before March 16, 2020.

5.      Following Bloom Energy's announcement, Plaintiff notified Defendants that he intended to amend the Amended Complaint once Bloom Energy released the Form 10-K. The parties stipulated to a briefing schedule whereby Plaintiff would file the amended complaint 14 days after the release of the Form 10-K and then Defendants would respond to the amended complaint 45 days thereafter. The Court entered the stipulation on March 10, 2020 (ECF No. 110).

6.      Bloom Energy released the Form 10-K on March 31, 2020, thereby requiring Plaintiff to file the amended complaint on April 14, 2020. Plaintiff respectfully requests an additional week to file the amended complaint, and that all other remaining deadlines be extended likewise. Defendants do not oppose Plaintiff's request.

**IT IS THEREFORE STIPULATED AND AGREED** by Plaintiff, Defendants, and the Underwriter Defendants that, subject to the Court's approval:

1. Plaintiff will file a Second Amended Complaint on or before April 21, 2020;

2

2. Defendants and the Underwriter Defendants will either answer the Second Amended Complaint or move to dismiss on or before June 5, 2020;

3. If Defendants and the Underwriter Defendants move to dismiss the Second Amended Complaint, Plaintiff will oppose the motions on or before July 20, 2020; and Defendants and the Underwriter Defendants will submit replies in further support of the motions on or before August 19, 2020.

**IT IS SO STIPULATED.**

Date:  April 14, 2020

By: */s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
aapton@zlk.com
Adam C. McCall (SBN 302130)
amccall@zlk.com
LEVI & KORSINSKY, LLP
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel : 415-373-1671
Fax : 415-484-1294

Nicholas I. Porritt (*admitted pro hac vice*)
nporritt@zlk.com
LEVI & KORSINSKY, LLP
1101 30th Street N.W., Suite 115
Washington, D.C. 20009

*Attorneys for Lead Plaintiff*
*and Lead Counsel for the Class*

Date:  April 14, 2020

By: */s/ Sara B. Brody*
Sara B. Brody (SBN 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1

3

1

2

Palo Alto, CA 94304
Telephone: 650-565-7106

3

Robin Wechkin (*admitted pro hac vice*)
rwechkin@sidley.com

4

SIDLEY AUSTIN LLP
1420 Fifth Avenue, Suite 1400

5

Seattle, WA 98101
Telephone:  415-439-1799

6

7

*Attorneys for the Bloom Energy Defendants*

8

9

10

11

Date:  April 14, 2020

By: */s/ Charlene S. Shimada*

Charlene S. Shimada

12

charlene.shimada@morganlewis.com
Morgan, Lewis & Bockius LLP

13

One Market, Spear Street Tower
San Francisco, California 94105

14

Telephone:  415-442-1475

15

16

*Attorneys for the Underwriter Defendants
J.P. Morgan Securities LLC, Morgan
Stanley & Co. LLC, Credit Suisse Securities
(USA) LLC, KeyBanc Capital Markets Inc.,
Merrill Lynch, Pierce, Fenner & Smith
Incorporated, Cowen & Company, LLC,
HSBC Securities (USA) Inc., Oppenheimer
& Co. Inc., Raymond James & Associates,
Inc., and Robert W. Baird & Co.
Incorporated*

17

18

19

20

21

22

23

24

25

26

27

28

4

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, IT IS SO ORDERED that:

1.  Plaintiff will file a Second Amended Complaint on or before April 21, 2020;

2.  Defendants and the Underwriter Defendants will either answer the Second Amended Complaint or move to dismiss on or before June 5, 2020;

3.  If Defendants and the Underwriter Defendants move to dismiss the Second Amended Complaint, Plaintiff will oppose the motions on or before July 20, 2020; and Defendants and the Underwriter Defendants will submit replies in further support of the motions on or before August 19, 2020.

DATED:    4/15/2020

By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

5