MORGAN, LEWIS & BOCKIUS LLP
Charlene S. Shimada (Bar No. 91407)
charlene.shimada@morganlewis.com
Kevin M. Papay (Bar No. 274161)
kevin.papay@morganlewis.com
Robert H. O'Leary (Bar No. 284879)
bob.oleary@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1596
Telephone:  +1.415.442.1000
Facsimile:  +1.415.442.1001

*Attorneys for Defendants* J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen and Company, LLC, HSBC Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc. and Robert W. Baird & Co. Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOM ENERGY CORPORATION, et al.,<br><br>Defendants. | Case No. 4:19-cv-02935-HSG<br><br>CLASS ACTION<br><br>**UNDERWRITER DEFENDANTS' JOINDER IN DEFENDANT PRICEWATERHOUSECOOPERS LLP'S OPPOSITION TO PLAINTIFFS' RULE 54(b) MOTION AND BLOOM DEFENDANTS' RESPONSE TO PLAINTIFFS' RULE 54(B) MOTION FOR ENTRY OF JUDGMENT IN FAVOR OF PRICEWATERHOUSECOOPERS**<br><br>Honorable Haywood S. Gilliam, Jr.<br>Hearing Date:  December 2, 2021<br>Hearing Time:  2:00 p.m.<br>Courtroom 2, 4th Floor |

The Underwriter Defendants[1] submit this Joinder in Defendant PricewaterhouseCoopers LLP's Opposition to Plaintiffs' Rule 54(b) Motion (the "Opposition") and the Bloom Defendants' Response to Plaintiffs' Rule 54(b) Motion for Entry of Judgment in Favor of PricewaterhouseCoopers (the "Response").  For the reasons set forth in the Opposition and the Response, Plaintiffs' Rule 54(b) Motion for Entry of Judgment in Favor of PricewaterhouseCoopers LLP should be denied.  The Underwriter Defendants would suffer the same inefficiencies and prejudice from piecemeal appeals highlighted by the Bloom Defendants in their Response.

Dated:   November 5, 2021                                    MORGAN, LEWIS & BOCKIUS LLP

By: _____
Charlene S. Shimada

*Attorneys for Defendants* J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen and Company, LLC, HSBC Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc. and Robert W. Baird & Co. Incorporated

---

[1] The "Underwriter Defendants" are J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen and Company, LLC, HSBC Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc. and Robert W. Baird & Co. Incorporated.