1  Lisa R. Bugni (SBN 323962)
   lbugni@kslaw.com
2  KING & SPALDING LLP
   50 California Street, Suite 3300
3  San Francisco, CA 94111
   Telephone: 415-318-1234
4
   Kenneth Y. Turnbull (admitted *pro hac vice*)
5  kturnbull@kslaw.com
   KING & SPALDING LLP
6  1700 Pennsylvania Avenue, NW, 2nd Floor
   Washington, D.C. 20006
7  Telephone: 202-737-0500

8  *Attorneys for Defendant
   PricewaterhouseCoopers LLP*
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13
   | ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated, | Lead Case No. 4:19-cv-02935-HSG |
   |---|---|
   | Plaintiff, | CLASS ACTION |
   | vs. | **DEFENDANT PRICEWATERHOUSECOOPERS LLP'S NOTICE OF CHANGE IN COUNSEL** |
   | BLOOM ENERGY CORPORATION, *et al.*, | Honorable Haywood S. Gilliam, Jr. |
   | Defendants. | |

## NOTICE OF CHANGE IN COUNSEL

Pursuant to Civil L.R. 5.1(c)(2)(C), Defendant PricewaterhouseCoopers LLP ("PwC") gives notice that James P. Cusick of King & Spalding LLP is withdrawing as counsel of record in this matter. A notice of change in counsel instead of a motion to withdraw is being filed because Lisa R. Bugni and Kenneth Y. Turnbull of King & Spalding LLP will continue to serve as counsel for PwC in this matter.

Date: December 28, 2021

By: /s/ Lisa R. Bugni
Lisa R. Bugni (SBN 323962)
lbugni@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: 415-318-1234

Kenneth Y. Turnbull (admitted *pro hac vice*)
kturnbull@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, 2nd Floor
Washington, D.C. 20006
Telephone: 202-737-0500

*Attorneys for PricewaterhouseCoopers LLP*