Sara B. Brody (SBN 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650-565-7106

Robin Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone:  415-439-1799

*Attorneys for Defendants*
Bloom Energy Corporation, KR Sridhar, Randy Furr, L. John Doerr, Scott Sandell, Eddy Zervigon, Peter Teti, Mary K. Bush, and Kelly A. Ayotte

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOOM ENERGY CORPORATION, et al.,<br><br>Defendants. | Lead Case No. 4:19-cv-02935-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER MODIFYING SCHEDULE FOR CLASS CERTIFICATION BRIEFING**<br><br>Assigned to: Honorable Haywood S. Gilliam, Jr. |

**STIPULATION**

Pursuant to Civil Local Rule 7-12, this stipulation and proposed order is submitted by

- Lead Plaintiff James Everett Hunt ("Lead Plaintiff");
- Defendants Bloom Energy Corporation, KR Sridhar, Randy Furr, L. John Doerr, Scott Sandell, Peter Teti, Eddy Zervigon, Mary K. Bush, and Kelly A. Ayotte (the "Bloom Defendants"); and
- Defendants J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen & Company, LLC, HSBC Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., and Robert W. Baird & Co. Incorporated (the "Underwriter Defendants," and together with the Bloom Defendants, "Defendants").

**WHEREAS:**

1. On January 5, 2022, the Court entered an Order (ECF No. 175), pursuant to the parties' stipulation (ECF No. 171), setting the following schedule for class certification briefing:

    a. <u>Class Certification Motion Due</u>      March 18, 2022;
    b. <u>Class Certification Opposition Due</u>   May 2, 2022;
    c. <u>Class Certification Reply Due</u>        June 1, 2022; and
    d. <u>Class Certification Motion Hearing</u>   June 30, 2022, at 2:00 p.m.

2. On March 15, 2022, the Bloom Defendants served their First Set of Document Requests on Plaintiffs ("Bloom RFPs").

3. On March 18, 2022, Lead Plaintiff filed his Motion for Class Certification (ECF No. 183).

4. On April 14, 2022, Lead Plaintiff served his written Responses to the Bloom RFPs.

5. On April 19, 2022, the Bloom Defendants noticed Lead Plaintiff's deposition for May 2, 2022.

6. On April 19, 2022, the Bloom Defendants also contacted Lead Plaintiff to inquire about his document production and to indicate that they would like an extension to file their opposition to Lead Plaintiff's Motion for Class Certification.

7. On April 22, 2022, Lead Plaintiff made his first production of documents in response to the Bloom RFPs.

8. On April 27, 2022, counsel for the Bloom Defendants and Lead Plaintiff met and conferred, and Lead Plaintiff's counsel confirmed that they were reviewing additional documents for production on behalf of Lead Plaintiff in response to the Bloom RFPs. The parties agreed that this production would be completed by May 2, 2022. The parties also agreed to reschedule the deposition of Lead Plaintiff to May 5, 2022, after Lead Plaintiff's document production was complete.

9. In light of Lead Plaintiff's upcoming document production on May 2, 2022, and deposition on May 5, 2022, Defendants require additional time for their Opposition to Class Certification, which is currently due on May 2, 2022, so that they may review Lead Plaintiff's document production and take Lead Plaintiff's deposition prior to filing their Opposition.

10. The Parties agree that the deadline for the Class Certification Opposition should be extended by two weeks, to May 16, 2022, and the deadline for the Class Certification Reply should also be extended accordingly, to June 15, 2022.

11. The Parties agree, subject to the Court's calendar, that the date and time of the Class Certification Motion Hearing should not be changed.

**IT IS THEREFORE STIPULATED AND AGREED** by Defendants and Lead Plaintiff that, subject to the Court's approval:

(a) The deadline for Defendants to file their Class Certification Opposition is extended to May 16, 2022.

(b) The deadline for Lead Plaintiff to file his Class Certification Reply is extended to June 15, 2022.

(c)     The Class Certification Motion Hearing shall not be moved and shall remain on June 30, 2022, at 2:00 p.m.

**IT IS SO STIPULATED.**

Date:  April 29, 2022                                     By: */s/ Sara B. Brody*
                                                                            Sara B. Brody (SBN 130222)
                                                                            sbrody@sidley.com
                                                                            SIDLEY AUSTIN LLP
                                                                            555 California Street, Suite 2000
                                                                            San Francisco, CA 94104
                                                                            Telephone: 415-772-1279

                                                                            Matthew J. Dolan (SBN 291150)
                                                                            mdolan@sidley.com
                                                                            SIDLEY AUSTIN LLP
                                                                            1001 Page Mill Road, Building 1
                                                                            Palo Alto, CA 94304
                                                                            Telephone: 650-565-7106

                                                                            Robin Wechkin (admitted *pro hac vice*)
                                                                            rwechkin@sidley.com
                                                                            SIDLEY AUSTIN LLP
                                                                            8426 316th Place Southeast
                                                                            Issaquah, WA 98027
                                                                            Telephone:  415-439-1799

                                                                            *Attorneys for the Bloom Defendants*

Date:  April 29, 2022                                     By: */s/ Adam M. Apton*
                                                                            Adam M. Apton (SBN 316506)
                                                                            Adam C. McCall (SBN 302130)
                                                                            75 Broadway, Suite 202
                                                                            San Francisco, CA 94111
                                                                            Telephone: (415) 373-1671
                                                                            aapton@zlk.com
                                                                            amccall@zlk.com

                                                                            Nicholas Ian Porritt (admitted *pro hac vice*)
                                                                            LEVI & KORSINSKY, LLP
                                                                            1101 30th Street NW Suite 115
                                                                            Washington, DC 20007
                                                                            Telephone: (202) 524-4290
                                                                            nporritt@zlk.com

*Lead Counsel for Plaintiffs and the Class*

Reed R. Kathrein (SBN 139304)
Lucas E. Gilmore (SBN 250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (*pro hac vice* pending)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Additional Counsel for Plaintiffs and the Class*

Date:  April 29, 2022

By: */s/ Charlene S. Shimada*
Charlene S. Shimada (SBN 91407)
charlene.shimada@morganlewis.com
Kevin M. Papay (SBN 274161)
kevin.papay@morganlewis.com
Robert H. O'Leary (SBN 284879)
bob.oleary@morgalewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  415-442-1000

*Attorneys for the Underwriter Defendants*

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, IT IS SO ORDERED that:

a) The Court hereby adopts the schedule for class certification briefing as set forth above in the Parties' stipulation.

DATED: 5/2/2022           By: /s/ Haywood S. Gilliam, Jr.
                          Honorable Haywood S. Gilliam, Jr.
                          United States District Judge