UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elissa M. Roberts, <br><br> Plaintiff(s), <br><br> v. <br><br> Bloom Energy Corp., et al., <br><br> Defendant(s). | Case No. 4:19-cv-02935-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Max Edward Weiss, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Adam C. McCall, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 302130.

| | |
|---|---|
| 55 Broadway  New York, NY 10006 | 75 Broadway San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (917) 923-4004 | (415) 373-1671 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mweiss@zlk.com | amccall@zlk.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5676697.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 7/18/2022                    Max Edward Weiss
                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Max Edward Weiss  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/18/2022

_Haywood S. Gilliam, Jr._
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California



## Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Max Edward Weiss

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 13, 2019**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on July 12, 2022.*

*Maria T. Fasulo*

Clerk of the Court

CertID-00074738