Sara B. Brody (SBN 130222)
sbrody@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650-565-7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415-439-1799

*Attorneys for Defendants*
Bloom Energy Corporation, KR Sridhar, Randy Furr, L. John Doerr, Scott Sandell, Eddy Zervigon, Peter Teti, Mary K. Bush, and Kelly A. Ayotte

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOOM ENERGY CORPORATION, et al.,<br><br>Defendants. | Case No. 4:19-cv-02935-HSG<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO STAY PROCEEDINGS AND VACATE HEARINGS PENDING SETTLEMENT APPROVAL**<br><br>Hon. Haywood S. Gilliam, Jr. |

1   Lead Plaintiff James Everett Hunt, additional plaintiffs Juan Rodriguez, Kurt Voutaz, Joel
2   White, Andrew Austin, and Ryan Fishman ("Plaintiffs") and Defendants Bloom Energy Corporation
3   and the Individual Defendants (the "Bloom Defendants") and Defendants J.P. Morgan Securities
4   LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets
5   Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen and Company, LLC, HSBC
6   Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., and Robert W.
7   Baird & Co. Incorporated (the "Underwriter Defendants," and together with the Bloom Defendants,
8   "Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned
9   counsel, hereby respectfully inform the Court that they have entered into an agreement in principle
10  to settle the above-captioned action, and stipulate as follows:

11  **WHEREAS,** on September 29, 2021, the Court entered an order granting in part and denying
12  in part Defendants' motions to dismiss (Dkt. 157);

13  **WHEREAS,** the motion to dismiss order granted PricewaterhouseCoopers LLP's motion to
14  dismiss all the claims against it (Dkt. 157);

15  **WHEREAS,** on January 5, 2022, the Court issued a Scheduling Order, which, among other
16  things, established a December 2, 2022 deadline for fact discovery, as well as subsequent deadlines
17  for expert reports and discovery, dispositive motion briefing and hearing, a pretrial conference, and
18  trial (Dkt. 175);

19  **WHEREAS,** on December 2, 2022, the Parties filed a joint request for a case management
20  conference, explaining that they had been in discussions regarding a potential resolution of this
21  action, had agreed to attend a private, third-party mediation on December 20, 2022, and had
22  concentrated discovery on preparing for the December 20, 2022 mediation (Dkt. 211);

23  **WHEREAS,** on December 5, 2022, the Court granted the joint request and scheduled a case
24  management conference for January 17, 2023, with a joint case management conference statement to
25  be filed by January 10, 2023 (Dkt. 213);

26  **WHEREAS,** on December 20, 2022, the Parties attended the scheduled mediation and did
27  not settle the case that day, but continued to communicate with the mediator regarding a potential

28

settlement;

**WHEREAS,** on January 6, 2023, after further discussions with the mediator, the Parties reached a settlement in principle of this matter;

**WHEREAS**, the material terms of the Parties' settlement will resolve all of Plaintiffs' claims against Defendants in this action;

**WHEREAS,** PricewaterhouseCoopers LLP is not a party to this Settlement;

**WHEREAS**, the Parties are in the process of memorializing their agreement in a comprehensive written Settlement Agreement;

**WHEREAS**, the Parties will work in good faith to finalize the Settlement Agreement as quickly as reasonably possible;

**WHEREAS,** Plaintiffs intend to file an unopposed Motion for Preliminary Approval of the settlement following execution of the Settlement Agreement;

**WHEREAS**, the Parties have met and conferred and agree that it would serve the interests of efficiency and conserve resources to stay all proceedings in this matter, including all discovery and case deadlines, including the January 10, 2023 deadline to file a joint case management statement, and vacate all hearings currently on calendar, including the January 17, 2023 case management conference, pending finalization of the settlement documentation and a ruling on Plaintiffs' Motion for Preliminary Approval of Settlement;

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, pursuant to Civil L.R. 6-2, by and through their undersigned counsel:

1. All proceedings in this matter, including all discovery and case deadlines, including the January 10, 2023 deadline to file a joint case management statement, shall be stayed pending finalization of the settlement documentation and a ruling on Lead Plaintiff's Motion for Preliminary Approval of Settlement.

2. All hearings currently on calendar, including the case management conference scheduled for January 17, 2023, shall be vacated.

3. Plaintiffs will either file a Motion for Preliminary Approval of Settlement or the

Parties shall file a joint status report regarding the status of the settlement by February 14, 2023.

**IT IS SO STIPULATED.**

| Dated: January 10, 2023 | **SIDLEY AUSTIN LLP**<br><br>By: *s/ Matthew J. Dolan*<br>   Sara B. Brody (SBN 130222)<br>   sbrody@sidley.com<br>   Matthew P. Henry (SBN 308878)<br>   mhenry@sidley.com<br>   SIDLEY AUSTIN LLP<br>   555 California Street, Suite 2000<br>   San Francisco, CA 94104<br>   Telephone: 415-772-1279<br><br>   Matthew J. Dolan (SBN 291150)<br>   mdolan@sidley.com<br>   SIDLEY AUSTIN LLP<br>   1001 Page Mill Road, Building 1<br>   Palo Alto, CA 94304<br>   Telephone: 650-565-7106<br><br>   Robin E. Wechkin (admitted *pro hac vice*)<br>   rwechkin@sidley.com<br>   SIDLEY AUSTIN LLP<br>   8426 316th Place Southeast<br>   Issaquah, WA 98027<br>   Telephone: 415-439-1799<br><br>   *Attorneys for the Bloom Defendants* |
|---|---|
| Dated: January 10, 2023 | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>By: *s/ Charlene S. Shimada*<br>   Charlene S. Shimada (SBN 91407)<br>   charlene.shimada@morganlewis.com<br>   Kevin M. Papay (SBN 274161)<br>   kevin.papay@morganlewis.com<br>   Robert H. O'Leary (SBN 284879)<br>   bob.oleary@morgalewis.com<br>   MORGAN, LEWIS & BOCKIUS LLP<br>   One Market, Spear Street Tower |

| | |
|---|---|
| | San Francisco, California 94105-1596 |
| | Telephone: +1.415.442.1001 |
| | *Attorneys for Defendants J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen and Company, LLC, HSBC Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., and Robert W. Baird & Co. Incorporated* |
| Dated:  January 10, 2023 | **LEVI & KORSINSKY, LLP**<br><br>By: *s/ Adam M. Apton*<br>    Adam M. Apton (SBN 316506)<br>    Adam C. McCall (SBN 302130)<br>    75 Broadway, Suite 202<br>    San Francisco, CA 94111<br>    Telephone: (415) 373-1671<br>    aapton@zlk.com<br>    amccall@zlk.com<br><br>Nicholas Ian Porritt (admitted *pro hac vice*)<br>LEVI & KORSINSKY, LLP<br>1101 30th Street NW Suite 115<br>Washington, DC 20007<br>Telephone: (202) 524-4290<br>nporritt@zlk.com<br><br>*Lead Counsel for Plaintiffs and the Class* |
| | Reed R. Kathrein (SBN 139304)<br>Lucas E. Gilmore (SBN 250893) HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>reed@hbsslaw.com<br>lucasg@hbsslaw.com<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 |

| | |
|---|---|
| | Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br><br>*Additional Counsel for Plaintiffs and the Class* |

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

I, Matthew J. Dolan, am the ECF user whose ID and password are being used to file this **JOINT NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND VACATE HEARINGS PENDING SETTLEMENT APPROVAL**. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that counsel for all parties have concurred in this filing.

Dated:  January 10, 2023			By:	  *s/ Matthew J. Dolan*
						Matthew J. Dolan

**ORDER**

Pursuant to the Parties' stipulation, and good cause shown, all proceedings in this matter, including all discovery and case deadlines, including the January 10, 2023 deadline to file a joint case management statement, shall be stayed pending finalization of the settlement documentation and a ruling on Lead Plaintiff's Motion for Preliminary Approval of Settlement. All hearings on calendar, including the case management conference scheduled for January 17, 2023, shall be vacated. If the Motion for Preliminary Approval of Settlement is not filed by February 14, 2023, the Parties shall file a joint status report regarding the status of settlement by that date.

DATED: 1/11/2023

HONORABLE Haywood S. Gilliam, Jr.
United States Judge