UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EVERETT HUNT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BLOOM ENERGY CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02935-HSG<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 193 |

Pending before the Court is Defendants' administrative motion to consider whether another party's materials should be sealed. Dkt. No. 193. Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants filed this motion to consider whether to seal Exhibit 5 attached to their opposition to Plaintiffs' motion for class certification and portions of their opposition that reference the exhibit. Exhibit 5 contains the transcript from Lead Plaintiff James Hunt's deposition, which was initially designated as "Confidential." However, having reviewed the transcript, Plaintiffs have clarified that they do not believe these materials should remain under seal. Dkt. No. 197. The Court accordingly **DENIES** the administrative motion to file under seal, Dkt. No. 193, and **DIRECTS** Defendants to file public versions of all documents for which the proposed sealing has been denied within seven days of this order.

**IT IS SO ORDERED.**

Dated: 3/9/2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　	　　　　　　　　　　　　　　　　United States District Judge