Sara B. Brody (SBN 130222)
sbrody@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1279

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650-565-7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415-439-1799

*Attorneys for Defendants*
Bloom Energy Corporation, KR Sridhar, Randy Furr, L. John Doerr, Scott Sandell, Eddy Zervigon, Peter Teti, Mary K. Bush, and Kelly A. Ayotte

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOOM ENERGY CORPORATION, et al.,<br><br>Defendants. | Case No.  4:19-cv-02935-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND CASE DEADLINES**<br><br>Hon. Haywood S. Gilliam, Jr. |

1  Lead Plaintiff James Everett Hunt, additional plaintiffs Juan Rodriguez, Kurt Voutaz, Joel
2  White, Andrew Austin, and Ryan Fishman ("Plaintiffs") and Defendants Bloom Energy Corporation
3  and the Individual Defendants (the "Bloom Defendants") and Defendants J.P. Morgan Securities
4  LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets
5  Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen and Company, LLC, HSBC
6  Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., and Robert W.
7  Baird & Co. Incorporated (the "Underwriter Defendants," and together with the Bloom Defendants,
8  "Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned
9  counsel, hereby stipulate as follows:

10  **WHEREAS**, on January 10, 2023, the Parties filed a Joint Notice of Settlement and Stipulation
11  and Proposed Order to Stay Proceedings and Vacate Hearings Pending Settlement Approval. (Dkt. 215);

12  **WHEREAS**, on January 11, 2023, the Court issued an Order staying the proceedings and
13  vacating all hearings pending finalization of the settlement documentation and a ruling on Lead
14  Plaintiff's Motion for Preliminary Approval of Settlement. The Order stated that if the Motion for
15  Preliminary Approval of Settlement was not filed by February 14, 2023, the Parties shall file a joint
16  report regarding the status of settlement by that date. (Dkt. 216);

17  **WHEREAS**, on February 14, 2023, the Parties filed a Joint Stipulation to extend the February
18  14, 2023 deadline by 30 days to March 16, 2023 (Dkt. 217);

19  **WHEREAS**, on February 14, 2023, the Court entered an Order granting the Stipulation and
20  extending the deadline either for Plaintiffs to file a Motion for Preliminary Approval of Settlement or for
21  the Parties to file a joint report regarding the status of the settlement to March 16, 2023 (Dkt. 219);

22  **WHEREAS,** the Parties are in the process of finalizing a comprehensive written Settlement
23  Agreement, the exhibits and supplemental agreements thereto, and the Motion for Preliminary Approval
24  of Settlement;

25  **WHEREAS**, the Parties have met and conferred and agree that it would serve the interests of
26  efficiency and conserve resources to extend the current March 16, 2023 deadline for Plaintiffs to file the
27  Motion for Preliminary Approval of Settlement or for the Parties to file a joint report regarding the status
28  of settlement by an additional 32 days to April 17, 2023;

1

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, pursuant to Civil L.R. 6-2, by and through their undersigned counsel:

1. The March 16, 2023 deadline either for Plaintiffs to file a Motion for Preliminary Approval of Settlement or for the Parties to file a joint report regarding the status of the settlement shall be extended by 32 days to April 17, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Date:** 3/16/2023

*[signature]*
**Honorable Haywood S. Gilliam, Jr.**
**United States District Court Judge**