Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
LEVI & KORSINSKY, LLP
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: (415) 373-1671
aapton@zlk.com
amccall@zlk.com

Nicholas Ian Porritt (admitted *pro hac vice*) LEVI & KORSINSKY, LLP
1101 30th Street NW Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
nporritt@zlk.com

*Lead Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOOM ENERGY CORPORATION, et al.,<br><br>Defendants. | Case No. 4:19-cv-02935-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND CASE DEADLINES BY 30 DAYS**<br><br>Hon. Haywood S. Gilliam, Jr. |

Lead Plaintiff James Everett Hunt, additional plaintiffs Juan Rodriguez, Kurt Voutaz, Joel White, Andrew Austin, and Ryan Fishman ("Plaintiffs") and Defendants Bloom Energy Corporation and the Individual Defendants (the "Bloom Defendants") and Defendants J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen and Company, LLC, HSBC Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., and Robert W. Baird & Co. Incorporated (the "Underwriter Defendants," and together with the Bloom Defendants, "Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS,** on January 10, 2023, the Parties filed a Joint Notice of Settlement and Stipulation and Proposed Order to Stay Proceedings and Vacate Hearings Pending Settlement Approval. (Dkt. 215);

**WHEREAS**, on January 11, 2023, the Court issued an Order staying the proceedings and vacating all hearings pending finalization of the settlement documentation and a ruling on Lead Plaintiff's Motion for Preliminary Approval of Settlement.  The Order stated that if the Motion for Preliminary Approval of Settlement was not filed by February 14, 2023, the Parties shall file a joint report regarding the status of settlement by that date. (Dkt. 216);

**WHEREAS**, on February 14, 2023, the Parties filed a Joint Stipulation to extend the February 14, 2023 deadline by 30 days to March 16, 2023 (Dkt. 217);

**WHEREAS**, on February 14, 2023, the Court entered an Order granting the Stipulation and extending the deadline either for Plaintiffs to file a Motion for Preliminary Approval of Settlement or for the Parties to file a joint report regarding the status of the settlement to March 16, 2023 (Dkt. 219);

**WHEREAS**, on March 16, 2023, the Parties filed a Joint Stipulation to extend the March 16, 2023 deadline to April 17, 2023 (Dkt. 222);

**WHEREAS**, on March 16, 2023, the Court entered an Order granting the Stipulation and extending the deadline either for Plaintiffs to file a Motion for Preliminary Approval of Settlement or for the Parties to file a joint report regarding the status of the settlement to April 17, 2023 (Dkt. 223);

1 **WHEREAS,** Plaintiffs sent Defendants a draft Stipulation of Settlement on March 1, 2023;

2 **WHEREAS,** Plaintiffs sent Defendants a draft of the Exhibits to the Stipulation of Settlement on March 8, 2023;

4 **WHEREAS,** Plaintiffs sent Defendants a draft of an opt out agreement and the preliminary and final approval orders on March 14, 2023;

6 **WHEREAS,** Defendants are still reviewing the draft documents Plaintiffs sent;

7 **WHEREAS**, the Parties have met and conferred and agree that it would serve the interests of efficiency and conserve resources to extend the current April 17, 2023 deadline for Plaintiffs to file the Motion for Preliminary Approval of Settlement or for the Parties to file a joint report regarding the status of settlement by an additional 30 days to May 17, 2023;

11 **NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, pursuant to Civil L.R. 6-2, by and through their undersigned counsel:

13 1. The April 17, 2023 deadline either for Plaintiffs to file a Motion for Preliminary Approval of Settlement or for the Parties to file a joint report regarding the status of the settlement shall be extended by 30 days to May 17, 2023.

17 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19 **Date: 4/17/2023**

**Honorable Haywood S. Gilliam, Jr.**
**United States District Court Judge**