1  Adam M. Apton (SBN 316506)
   Adam C. McCall (SBN 302130)
2  LEVI & KORSINSKY, LLP
3  1160 Battery Street East, Suite 100 - #3425
   San Francisco, CA 94111
4  Telephone: (415) 373-1671
   aapton@zlk.com
5  amccall@zlk.com

6  Nicholas Ian Porritt (admitted *pro hac vice*)
7  LEVI & KORSINSKY, LLP
   1101 Vermont Avenue, NW
8  Washington, DC 20005
   Telephone: (202) 524-4290
9  nporritt@zlk.com

*Lead Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOOM ENERGY CORPORATION, et al.,<br><br>Defendants. | Case No. 4:19-cv-02935-HSG<br><br>**JOINT STIPULATION AND ORDER RE: SETTLEMENT SCHEDULE**<br><br>Hon. Haywood S. Gilliam, Jr. |

Lead Plaintiff James Everett Hunt, additional plaintiffs Juan Rodriguez, Kurt Voutaz, Joel White, Andrew Austin, and Ryan Fishman ("Plaintiffs") and Defendants Bloom Energy Corporation and the Individual Defendants (the "Bloom Defendants") and Defendants J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen and Company, LLC, HSBC Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., and Robert W. Baird & Co. Incorporated (the "Underwriter Defendants," and together with the Bloom Defendants, "Defendants" and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS,** on June 30, 2023, Plaintiffs filed their Motion for Preliminary Approval of the Settlement. (Dkt. No. 237);

**WHEREAS**, on October 31, 2023, the Court Granted Plaintiffs' Motion for Preliminary Approval of Settlement, directing the Parties to stipulate to a settlement schedule. (Dkt. No. 245);

**WHEREAS**, the Parties have met and conferred and hereby submit the following schedule for the Court's approval;

///

///

///

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, pursuant to the Court's October 31, 2023 Order (Dkt. 245), by and through their undersigned counsel to the following schedule:

| Event | Deadline Date |
| --- | --- |
| Deadline for Settlement Administrator to mail notice to all putative Class Members | 11/30/2023 |
| Deadline for Settlement Administrator to publish notice | 12/4/2023 |
| Filing deadline for attorneys' fees and costs motion | 2/1/2024 |
| Filing deadline for incentive payment motion | 2/1/2024 |
| Filing deadline for final approval motion | 2/1/2024 |
| Deadline for Class Members to opt-out or object to attorney's fees and costs, incentive payment, and final approval motions, at least 45 days after the filing of the motions | 3/18/2024 |
| Final deadline for final approval, attorney's fees and costs, and incentive payment reply briefs | 4/1/2024 |
| Final fairness hearing and hearing on motion | 4/18/2024 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Date:** 11/7/2023

*Haywood S. Gilliam Jr.*
**Honorable Haywood S. Gilliam, Jr.**
**United States District Court Judge**