UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EVERETT HUNT, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>BLOOM ENERGY CORPORATION, et al.,<br><br>     Defendants. | Case No. 19-cv-02935-HSG<br><br>**ORDER MODIFYING FINAL FAIRNESS AND MOTION HEARING DATE** |

The Court advises the parties that the final fairness hearing currently set for April 18, 2024, will either need to be advanced one week to April 11, 2024, or continued two weeks to May 2, 2024. The Court DIRECTS the parties to meet and confer and, via a joint e-filing, notify the Court by January 29, 2024 as to: (1) which of the two hearing dates they prefer; and (2) the proposed mechanism for notifying the class of the changed hearing date.

**IT IS SO ORDERED.**

Dated: 1/22/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge