Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
LEVI & KORSINSKY, LLP
1160 Battery Street East, Suite 100 - #3425
San Francisco, CA 94111
Telephone: (415) 373-1671
aapton@zlk.com
amccall@zlk.com

Nicholas Ian Porritt (admitted *pro hac vice*)
LEVI & KORSINSKY, LLP
1101 Vermont Avenue, NW
Washington, DC 20005
Telephone: (202) 524-4290
nporritt@zlk.com

*Lead Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOOM ENERGY CORPORATION, et al.,<br><br>Defendants. | Case No.  4:19-cv-02935-HSG<br><br>**JOINT STIPULATION AND ORDER RE: FINAL FAIRNESS HEARING  (as modified)**<br><br>Hon. Haywood S. Gilliam, Jr. |

Lead Plaintiff James Everett Hunt, additional plaintiffs Juan Rodriguez, Kurt Voutaz, Joel White, Andrew Austin, and Ryan Fishman ("Plaintiffs") and Defendants Bloom Energy Corporation and the Individual Defendants (the "Bloom Defendants") and Defendants J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen and Company, LLC, HSBC Securities (USA) Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., and Robert W. Baird & Co. Incorporated, by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS,** on January 22, 2024, the Court entered an Order Modifying the Final Fairness and Motion Hearing Date. (Dkt. No. 250);

**WHEREAS**, pursuant to the Order, the Court advised the parties that the final fairness hearing currently set for April 18, 2024, will either need to be advanced one week to April 11, 2024, or continued two weeks to May 2, 2024. (Dkt. No. 250);

**WHEREAS**, the Court directed the parties to meet and confer and, via a joint e-filing, notify the Court by January 29, 2024 as to: (1) which of the two hearing dates they prefer; and (2) the proposed mechanism for notifying the class of the changed hearing date. (Dkt. No. 250);

**WHEREAS**, the parties have met and conferred and have identified May 2, 2024 as the preferable hearing date.

**WHEREAS**, the parties have met and conferred and determined the following actions shall be taken to notify the Class.

1. Update to the settlement website www.bloomenergysettlement.com.

2. Update all Notice documents, including all future mailings and the Notice on the settlement website.

3. Update the responses provided by the Call Center to advise of the new date.

4. Two press releases to be published by Lead Counsel on GlobeNewswire substantially in the form attached hereto. The first press release will be issued within two weeks of the Court's approval of this Stipulation. The second press release will be issued on April 11, 2024, seven days before the date the previous hearing was scheduled.

5. Direct notification to any objectors that the hearing date has changed to May 2, 2024

via postcard notice.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, pursuant to the Court's January 22, 2024 Order (Dkt. 250), by and through their undersigned counsel that:

1. The final fairness hearing currently set for April 18, 2024 is hereby continued two weeks to May 2, 2024;

2. Plaintiffs and/or the claims administrator shall update the final fairness hearing on the website, www.bloomenergysettlement.com.

3. Plaintiffs and/or the claims administrator shall update all Notice documents, including all future mailings and the Notice on the website.

4. Plaintiffs and/or the claims administrator shall update responses provided by the Call Center to advise of the new date.

5. Plaintiffs' Counsel shall issue two press releases to be published on GlobeNewswire substantially in the form attached hereto. The first press release will be issued within two weeks of the Court's approval of this Stipulation. The second press release will be issued on April 11, 2024.

6. Plaintiffs and/or the claims administrator shall directly notify any objectors that the hearing date has changed to May 2, 2024 via postcard notice.


Respectfully submitted,


Dated: January 29, 2024                    **SIDLEY AUSTIN LLP**


By: */s/ Matthew P. Henry*
     Sara B. Brody (SBN 130222)
     sbrody@sidley.com
     Matthew P. Henry (SBN 308878)
     mhenry@sidley.com
     SIDLEY AUSTIN LLP
     555 California Street, Suite 2000
     San Francisco, CA 94104
     Telephone: 415-772-1279

     Matthew J. Dolan (SBN 291150)

1

mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650-565-7106

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: 415-439-1799

*Attorneys for the Bloom Defendants*

Dated:  January 29, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Kevin M. Papay*
    Charlene S. Shimada (SBN 91407)
    charlene.shimada@morganlewis.com
    Kevin M. Papay (SBN 274161)
    kevin.papay@morganlewis.com
    Robert H. O'Leary (SBN 284879)
    bob.oleary@morgalewis.com
    MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, California 94105-1596

    Telephone: +1.415.442.1000
    *Attorneys for Defendants J.P. Morgan*
    *Securities LLC, Morgan Stanley & Co. LLC,*
    *Credit Suisse Securities (USA) LLC,*
    *KeyBanc Capital Markets Inc., Merrill*
    *Lynch, Pierce, Fenner & Smith*
    *Incorporated, Cowen and Company, LLC,*
    *HSBC Securities (USA) Inc., Oppenheimer &*
    *Co. Inc., Raymond James & Associates, Inc.,*
    *and Robert W. Baird & Co. Incorporated*

Dated:  January 29, 2024

**LEVI & KORSINSKY, LLP**

By: *s/ Adam C. McCall*
    Adam M. Apton (SBN 316506)
    Adam C. McCall (SBN 302130)
    1160 Battery Street East, Suite 100 - #3425
    San Francisco, CA 94111
    Telephone: (415) 373-1671

3

aapton@zlk.com
amccall@zlk.com

Nicholas Ian Porritt (admitted *pro hac vice*)
LEVI & KORSINSKY, LLP
1101 Vermont Avenue, NW
Washington, DC 20005
Telephone: (202) 524-4290
nporritt@zlk.com

*Lead Counsel for Plaintiffs and the Class*

Reed R. Kathrein (SBN 139304)
Lucas E. Gilmore (SBN 250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Additional Counsel for Plaintiffs and the Class*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**CIVIL L.R. 5-1(i)(3) ATTESTATION**</u>

I, Adam C. McCall, am the ECF user whose ID and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER RE: FINAL FAIRNESS HEARING**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel for all parties have concurred in this filing.

Dated:  January 29, 2024

By:     /s/ Adam C. McCall

Adam C. McCall

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  Any motion for attorneys' fees and costs should also be noticed for hearing on 5/2/2024 at 2 p.m. to be held along with the fairness hearing**

**Date:  1/30/2024**

**Honorable Haywood S. Gilliam, Jr.**
**United States District Court Judge**