| | |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** |
| ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br>v.<br>BLOOM ENERGY CORPORATION, KR SRIDHAR, RANDY FURR, L. JOHN DOERR, SCOTT SANDELL, EDDY ZERVIGON, PETER TETI, MARY K. BUSH, KELLY A. AYOTTE, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, CREDIT SUISSE SECURITIES (USA) LLC, KEYBANC CAPITAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ROBERT W. BAIRD & CO., INCORPORATED, COWEN AND COMPANY, LLC, HSBC SECURITIES (USA) INC., OPPENHEIMER & CO. INC., RAYMOND JAMES & ASSOCIATES, INC., and PRICEWATERHOUSECOOPERS LLP,<br><br>  Defendants. | Case No. 4:19-cv-02935-HSG<br><br>**JUDGMENT AS MODIFIED REGARDING DEFENDANT PRICEWATERHOUSECOOPERS LLP**<br><br>Judge Haywood S. Gilliam, Jr. |

1    In accordance with this Court's Order dated September 29, 2021, Granting in Part and Denying in Part the Motions to Dismiss, dismissing all claims alleged by Plaintiffs against Defendant PricewaterhouseCoopers LLP (ECF 157), and judgment being entered on all other claims alleged against all other Defendants in this action, the Court hereby directs entry of this final judgment solely as to the claims against Defendant PricewaterhouseCoopers LLP pursuant to Federal Rule of Civil Procedure 54(b).

IT IS ORDERED, ADJUDGED, AND DECREED that all claims alleged against Defendant PricewaterhouseCoopers LLP are hereby dismissed.

DATED: May 7, 2024

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE