# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EVERETT HUNT, et al.,<br><br>Plaintiff,<br>v.<br>BLOOM ENERGY CORPORATION, et al.,<br><br>Defendants. | Case No. 4:19-cv-02935-HSG<br><br>**STIPULATED JUDGMENT (AS MODIFIED)** |

WHEREAS, the Court issued an Order on May 6, 2024 approving the Settlement in the above-captioned action, including the Stipulation and Agreement of Settlement fully executed on June 30, 2023 (see ECF No. 237) ("Stipulation of Settlement"), as fair, reasonable and adequate, and in the best interests of the Settlement Class (the "Order") (see ECF No. 137);

WHEREAS, the Order is fully incorporated by reference herein;

WHEREAS, the Order directed the Settling Parties to file a short stipulated final judgment within 7 days from the date of the Order;

WHEREAS, the Settling Parties agree to entry of this Judgment; and

WHEREAS, the Settling Parties designate this Judgment as the "Order and Judgment" referred to in the Stipulation and Agreement of Settlement, and agree that this Judgement shall satisfy the condition of effectiveness set forth in Section 10.1 of the Stipulation of Settlement;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The terms of Settlement including all releases provided therein, and of this Judgment shall be forever binding on Defendants, Plaintiffs and all other Settlement Class Members.

2. Plaintiffs' action against the Settling Defendants is dismissed with prejudice.

3. The Court retains jurisdiction over the subject matter of the Action, Plaintiffs, all Settlement Class members, and Settling Defendants, as set forth more fully in Section 11.4 of the Stipulation of Settlement. The Clerk is further directed to close the case.

1  IT IS SO ORDERED

2  Dated: 5/9/2024

3  _____
4  The Honorable Haywood S. Gilliam, Jr.
   United States District Judge