Adam M. Apton (SBN 316506)
1160 Battery Street East
Suite 100 - #3425
San Francisco, CA 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Lead Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELISSA M. ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>BLOOM ENERGY CORPORATION, KR SRIDHAR, RANDY FURR, L. JOHN DOERR, SCOTT SANDELL, EDDY ZERVIGON, PETER TETI, MARY K. BUSH, KELLY A. AYOTTE, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, CREDIT SUISSE SECURITIES (USA) LLC, KEYBANC CAPITAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH IN CORPORATED, ROBERT W. BAIRD & CO., INCORPORATED, COWEN AND COMPANY, LLC, HSBC SECURITIES (USA) INC., OPPENHEIMER & CO. INC., RAYMOND JAMES & ASSOCIATES, INC., and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No. 4:19-cv-02935-HSG<br><br>**ORDER AUTHORIZING DISTRIBUTION OF ATTORNEYS' FEES**<br><br>Honorable Haywood S. Gilliam, Jr. |

WHEREAS, by Order dated May 6, 2024 (ECF No. 259), the Court granted Plaintiffs' motion for final approval of a class action settlement in this action;

WHEREAS, Final Judgment was entered against the Settling Defendants on May 9, 2024 (ECF No. 263);

WHEREAS, in its May 6, 2024 Order (ECF No. 259), the Court awarded attorneys' fees to Plaintiffs' counsel in the amount of $900,000 and costs in the amount of $85,000;

WHEREAS, in its May 6, 2024 Order (ECF No. 259), the Court ordered that 10% of the awarded attorneys' fees shall be withheld until counsel files Post-Distribution Accounting for the Settlement Fund established pursuant to the Settlement;

WHEREAS, on November 21, 2025, counsel filed the Post-Distribution Accounting (ECF No. 278); and

WHEREAS, this Court has reviewed the Post-Distribution Accounting filed by Plaintiffs' counsel and finds it in compliance with this Court's Procedural Guidance for Class Action Settlements;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1. the withheld $90,000 of attorneys' fees awarded by the Court's Order dated May 6, 2024 (ECF No. 259) may be released to Plaintiffs' counsel.

2. The Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as this Court deems appropriate.

SO ORDERED this 24th day of November, 2025.

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge